IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| CONNECT RN, INC., | Case No. 1:24-cv-1599 |
| Plaintiff, | |
| v. | JUDGE DAN AARON POLSTER |
| EMBASSY HEALTHCARE HOLDINGS, INC.., *et al.,* | **MINUTES & DISMISSAL ORDER** |
| Defendants. | |

The Court conducted a telephone conference in the captioned case on October 16, 2024. The Court discussed the procedural history and Plaintiff's basis for bringing this collection case against fifteen different Embassy entities. The Court learned that this case was initially filed 18 months ago in state court, and then the Plaintiff voluntarily dismissed it. For the reasons stated during the telephone conference, the Court dismisses Plaintiff's lawsuit against Embassy Lyndhurst, LLC because it is subject to the Receivership Order in Cuyahoga County Case No. CV 23-979117. Plaintiff must file its claim against Embassy Lyndhurst, LLC in that case.

The Court dismisses, without prejudice, Plaintiff's case against the remaining Defendants because Plaintiff's Complaint does not set forth a basis for bringing its claims against separate Embassy entities in a single action. It appears that Plaintiff had separate written or verbal understandings with each entity. The Court encouraged counsel to further investigate and, if appropriate, re-file its claims against the various defendants in several different lawsuits. The case is hereby DISMISSED, without prejudice to re-filing.

Time: 32 minutes.

**IT IS SO ORDERED.**

Dated: October 16, 2024                    *s/Dan Aaron Polster*
                                            United States District Judge